

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHAD RUSSELL MATTFELDT, <br><br> Defendant. | CR 17-63-BLG-SPW <br><br> ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |

Upon the United States' Motion for Leave to File Exhibit Under Seal (Doc. 22), and for good cause shown,

IT IS HEREBY ORDERED that the motion is **GRANTED**. The United States may file Exhibit 1, attached to its response to Defendant's Motion to Suppress under seal.

DATED this 11th day of September, 2017.

SUSAN P. WATTERS
United States District Judge

1